IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| FREDDIE MAE FALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:05-CV-00051 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On September 29, 2005, this Court entered an *Order* [6] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [20] on May 10, 2006. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

    1. The *Report and Recommendation* of the United States Magistrate Judge, filed May 10, 2006, shall be, and hereby is, adopted in its entirety.

    2. For the reasons stated in the Magistrate Judge's *Report*, the Commissioner's final decision is hereby **AFFIRMED**, the Defendant's *Motion for Summary Judgment* is hereby **GRANTED,** and this case is hereby **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 2nd day of June, 2006.

s/Jackson L. Kiser
Senior United States District Judge